AUSA:   Diane Princ        Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:   Matthew Schuff        Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America <br> v. <br> Tubtim Howson <br> a/k/a Sue Howson | Case No.   Case: 2:23−mj−30054 <br> Assigned To : Unassigned <br> Assign. Date : 2/6/2023 <br> CMP USA V HOWSON (LH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 3, 2023 through January 5, 2023_ in the county of _Oakland and elsewhere_ in the _Eastern_ District of _Michigan_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Interstate flight to avoid prosecution |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew C. Schuff, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   February 6, 2023

City and state:  Detroit, Michigan

_Judge's signature_

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A COMPLAINT AND ARREST WARRANT

I, Matthew C. Schuff, being sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent with the Federal Bureau of
Investigation ("FBI") since October of 2008, and an FBI employee for over 19
years. I am currently assigned to the FBI Detroit Division's Oakland County
Resident Agency. As a federal agent, I am authorized to investigate violations of
laws of the United States and execute warrants issued under the authority of the
United States.

2.     This affidavit is in support of a complaint and arrest warrant for
TUBTIM HOWSON, date of birth XX/XX/1965. This affidavit is submitted for
the limited purpose of establishing probable cause and does not include all of the
information known to law enforcement related to this investigation.

3.     The information contained in this affidavit is based on my personal
knowledge and observations during the course of this investigation, law
enforcement reports that I have reviewed, communications with others who have
personal knowledge of the events and circumstances described in this affidavit, and
information gained through my training and experience.

4.     HOWSON currently has one felony warrant out of the state of
Michigan for "failure to stop at the scene of an accident resulting in serious injury

or death," in violation of Michigan Complied Laws (MCL) 257.617, which took place on/about January 1, 2023. The state warrant was signed on February 2, 2023, in District Court 52/3 located in Oakland County, Michigan. As set forth herein, probable cause exists that HOWSON traveled from Michigan to another country with the intent to avoid prosecution for the above referenced offense, in violation of 18 U.S.C. § 1073 (interstate flight to avoid prosecution).

## PROBABLE CAUSE

5.      At approximately 5:45 a.m. on January 1, 2023, a 22-year-old male ("AV-1") was struck and killed by a vehicle while walking on Rochester Road in Oakland Township, MI. AV-1 was home for the holiday break where he was a student at Michigan State University. According to eyewitnesses interviewed by the Oakland County Sheriff's Office (OCSO), AV-1 was walking in the southbound lane of Rochester Road, south of Whims Road, when he was hit by a vehicle traveling south on Rochester Road. Witnesses stated the vehicle continued south, turned around to go north, and remained in the area for a short period of time after the crash. The driver of the vehicle then fled the scene after the accident. AV-1 suffered fatal injuries as a result of the crash and died at the scene.

6.      Witnesses at the scene were able to provide a vehicle description as well as a description of the driver of the vehicle that had hit AV-1. One of the witnesses encountered the driver at the scene before she fled and advised officers

the driver was an Asian female. Additionally, car parts left behind at the scene led investigators to believe the vehicle was a 2016-2018 BMW 3 Series.

7.     On or about January 5, 2023, the OCSO received information about the possible location of the vehicle involved in the accident which led to the recovery of a 2016 white BMW 320i. According to witnesses and records related to the owner of the vehicle, the driver was believed to be TUBTIM HOWSON (A/K/A "Sue"), an Asian female, DOB XX/XX/1965. Per the OCSO report, HOWSON was on the way to work in Birmingham, MI from her home in Oakland Township when AV-1 was struck. HOWSON, a United States citizen, is originally from Thailand and allegedly told a close associate after the crash that she thought she killed somebody and was she going back to Thailand. When encouraged to turn herself in to police, HOWSON allegedly stated, "no cops, no cops."

8.     Travel records reviewed by the FBI indicated HOWSON departed Michigan on or about January 3, 2023 and traveled to Thailand alone via a one-way ticket from Detroit Metro Airport (DTW) to Dallas – Fort Worth (DFW) Airport. Once at DFW, HOWSON boarded Finnair flight AY020 which traveled to Helsinki, Finland, and then onward to Bangkok, Thailand.  HOWSON's Finnair flight landed in Bangkok, Thailand, on or about January 5, 2023.

-3-

## CONCLUSION

9.      Probable cause exists that TUBTIM HOWSON did move and travel in interstate and foreign commerce with intent to avoid prosecution and/or imprisonment for "failure to stop at the scene of an accident resulting in serious injury or death," which took place on/about January 1, 2023, a felony under the laws of the State of Michigan (MCL 257.617), in violation of 18 U.S.C. § 1073, (interstate flight to avoid prosecution).

Respectfully submitted,

Matthew C. Schuff, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Date:   February 6, 2023

-4-